ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
    FILED

    NOV -2 2005

CLERK, U.S. DISTRICT COURT
    By
        Deputy
```

INCREASE EBONG ISANG                §
                                    §
            Petitioner,             §
                                    §
VS.                                 §        NO. 3-05-CV-1761-H
                                    §
UNITED STATES OF AMERICA            §
                                    §
            Respondent.             §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this ____2____ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE